IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA KEITH HURT                                                    PLAINTIFF

v.                              No. 3:24-cv-60-DPM

BRAD SNYDER, Sheriff, G.C.D.C. and
ASHTEN JACKSON, CID, G.C.D.C.                                  DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 6*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 June 2024