IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSHUA KEITH HURT                                    PLAINTIFF

v.                      No. 3:24-cv-60-DPM

BRAD SNYDER, Sheriff, G.C.D.C. and
ASHTEN JACKSON, CID, G.C.D.C.                DEFENDANTS

## JUDGMENT

Hurt's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 June 2024